**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00843-LTB-BNB

DOUGLAS A. GLASER,

    Plaintiff,

v.

WILLIAM LOVINGER,

    Defendant.
_____

**ORDER**
_____

    This case is before me on the Recommendation of the Magistrate Judge that Applicant's "Motion for Expedited Ruling or Temporary Restraining Order" (Doc 12), his "Renewed Motion for Expedited Ruling" (Doc 17), and his "Motion for Declaratory Judgment for Violations of Constitutional Rights and Bad Faith Prosecution with Malicious[,] Vindictive Intent" (Doc 22) all be denied. The Magistrate Judge recommends that the Application be dismissed without prejudice. These recommendations were issued and served on December 13, 2007. Thereafter, Applicant filed his "Motion for Reconsideration of Denial of Petition for Writ of Habeas Corpus" (Doc 27, filed 1/4/08). On February 7, 2008, the Magistrate Judge denied his motion for reconsideration. More than ten (10) days have elapsed from the denial of the motion for reconsideration and Applicant has failed to file specific written objections to the December 13, 2007 recommendations or the denial of the motion for reconsideration. Applicant is therefore

barred from *de novo* review. Even considering the motion for reconsideration to constitute timely written objections to the recommendations, a *de novo* review of the recommendations in light of the motion for reconsideration, the file, and record in this case reflects that the recommendations are correct. Accordingly

IT IS ORDERED as follows:

1. The Motion for Expedited Ruling or Temporary Restraining Order (Doc 12) is DENIED.

2. The Renewed Motion for Expedited Ruling (Doc 17) is DENIED.

3. The Motion for Declaratory Judgment for Violations of Constitutional Rights and Bad Faith Prosecution with Malicious[,] Vindictive Intent (Doc 22) is DENIED.

4. The Application is DISMISSED WITHOUT PREJUDICE.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: March 3, 2008