IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00843-LTB-BNB

DOUGLAS A. GLASER,

    Applicant,

v.

WILLIAM LOVINGER,

    Respondents.

___

ORDER DENYING CERTIFICATE OF APPEALABILITY
___

Babcock, Judge

    Applicant filed a Notice of Appeal on February 28, 2008 as to U.S.C. 28, Section 2241. Applicant is appealing to the United States Court of Appeals for the Tenth Circuit from the Order filed on February 6, 2008. No final order has been entered in this action.

    Pursuant to 28 U.S.C. § 2253(c)(1)(A), a certificate of appealability is necessary to appeal from the final order in a habeas corpus proceeding pursuant to 28 U.S.C. § 2241. The Court will not issue a certificate of appealability in this action because no final order has been entered. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 4th day of March, 2008.

                            BY THE COURT:

                            s/Lewis T. Babcock
                            JUDGE UNITED STATES DISTRICT COURT
                            FOR THE DISTRICT OF COLORADO